

# NUMBER 13-15-00480-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**CHARLES LINDER FLOYD,** **Appellant,**

**v.**

**WHARTON COUNTY, ET AL,** **Appellee.**

### On appeal from the 329th District Court
### of Wharton County, Texas.

# ORDER

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

The appellant's brief in the above cause was received by this Court on September 16, 2016. The brief fails generally to comply with Rules 9.4(i)(3), 9.5(e), and 38.1(b), (c), (h), and (k) of the Texas Rules of Appellate Procedure. *See generally* TEX. R. APP. P. 9.4., 9.5, 38.1. The brief does not contain a certificate of compliance stating the number of words in the document. *See* TEX. R. APP. P. 9.4(i)(3). A certificate of service is

required.   *See* TEX. R. APP. P. 9.5(e).   The brief does not contain a table of contents with references to the pages of the brief as required by Rule 38.1(b); does not contain an index of authorities arranged alphabetically and indicating the pages of the brief where the authorities are cited as required by Rule 38.1(c); does not contain a summary of the argument containing a succinct, clear, and accurate statement of the arguments made in the body of the brief as required by Rule 38.1(h); and does not contain an appendix with necessary contents as required by Rule 38.1(k).

Accordingly, we ORDER appellant to file an amended brief that complies with these rules within ten days from the date of receipt of this notice.   If another brief that does not comply is received by the Court, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief, under which circumstances the Court may affirm the judgment or dismiss the appeal.   *See id.* 38.9(a), 42.3(b), (c).

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
27th day of September, 2016.